IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| PAUL LANAKILA CAMPOS, | ) | CIV. NO. 07-00253 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION FOR |
| vs. | ) | CLARIFICATION RE: SUPPLEMENTAL |
| | ) | JURISDICTION |
| COUNTY OF MAUI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER DENYING MOTION FOR CLARIFICATION
## RE: SUPPLEMENTAL JURISDICTION

Plaintiff has filed a document titled "Motion for Clarification Re: 'Supplemental Jurisdiction." (Doc. No. 75.) In these identical, consolidated actions, Plaintiff has sued the County of Maui, Defendant Greg Karonis, and others for their alleged use of excessive force during his arrest in May 2005. Plaintiff states that he "SPECIFICALLY . . . request[s] this Court to 'clarify' defendant 'KARONIS' 'serious bodily injury' which occur[r]ed on May 17, 2005[.]" (Mot. at 2.) Plaintiff states that he "is at a 'loss' trying to 'figure out' just 'EXACTLY' where defendant 'KARONIS' 'serious bodily injury' 'IS' and/or 'WAS'."

Plaintiff is apparently seeking discoverable information regarding the extent of Defendant Karonis's injuries. While the court can provide assistance in connection with the Court's procedures, the court cannot and will not act as legal counsel to Plaintiff.  It is Plaintiff's responsibility to

conduct the discovery necessary to prosecute his claims, not the court's.  The incident at issue here occurred in May 2005, and Plaintiff filed this action almost two years later, in 2007.  He has had ample time to determine the extent of Karonis's injuries, as well as the legal basis for his claims.  Moreover, Plaintiff's request is disingenous insofar as he is currently under prosecution in the state circuit court for the indictment against him, as the cause of Karonis's injuries.  Plaintiff can, no doubt, get whatever information is available regarding Karonis's injuries from his own criminal defense attorney.  Plaintiff's Motion borders on vexatiousness and is hereby **DENIED**.

       IT IS SO ORDERED.

       DATED AT HONOLULU, HAWAI`I, March 7, 2008.



    /S/ Leslie E. Kobayashi
    Leslie E. Kobayashi
    United States Magistrate Judge

Campos v. United States, Civ. No. 07-00253 HG-LEK; ORDER DENYING MOTION FOR CLARIFICATION RE: SUPPLEMENTAL JURISDICTION; dmp\Non-disp Orders 08\Campos 07-253 487 LEK (dny mot for clarification of suppl. j.)